IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00961-WYD-KMT

FEDERAL INSURANCE COMPANY, an Indiana insurance company,

    Plaintiff,

v.

PAK ALL SHIPPING CORP., d/b/a Pak Rite Express, a New York corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    This matter is before the Court on Defendant Pak All Shipping Corporation's Motion *in Limine* to Exclude Testimony that Artwork was "Disowned" Under the Visual Artist's Rights Act filed October 20, 2013 (ECF No. 31).  The motion is **STRICKEN** with leave to refile not earlier than 75 days prior to the Final Trial Preparation Conference currently set for April 8, 2014, in accordance with Section III.C.1 of my Practice Standards.

    Dated:  October 21, 2013