IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00961-WYD-KMT

FEDERAL INSURANCE COMPANY, an Indiana insurance company,

    Plaintiff,

v.

PAK ALL SHIPPING CORP., d/b/a Pak Rite Express, a New York corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice filed November 19, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice (ECF No. 33) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.  It is

FURTHER ORDERED that the four-day jury trial set to commence on Monday, April 21, 2014, and the Final Trial Preparation Conference set Tuesday, April 8, 2014, at 10:00 a.m. are **VACATED**.

Dated:  November 20, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge